CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendants

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BINGYING MA, *et al*.,

                    Plaintiffs,

        v.

USCIS, *et al*.,

                    Defendants.

Case No. 5:26-CV-01214-BLF

**PARTIES' STIPULATION TO DISMISS**

        Plaintiffs and Defendants hereby stipulate to dismissal of the above-entitled action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and fees.

Dated: April 10, 2026                    Respectfully submitted[1],

                                          CRAIG H. MISSAKIAN
                                          United States Attorney


                                          */s/ Molly A. Friend*
                                          MOLLY A. FRIEND
                                          Assistant United States Attorney
                                          Attorneys for Defendants

//
//

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Parties' Stipulation to Dismiss
Case No. 5: 26-CV-01214-BLF                                    1

Dated: April 10, 2026

                      */s/ Bingying Ma*
                      BINGYING MA

                      */s/ Shihao Wang*
                      SHIHAO WANG

                      Pro Se Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day he caused a copy of the following document(s):

## PARTIES' STIPULATION TO DISMISS

to be served by FIRST CLASS MAIL and email upon the parties at the address stated below, which is the last known address:

Bingying Ma
Shihao Wang
959 Stewart Drive, Unit 421
Sunnyvale, CA 94085
mabingying223@gmail.com
billywang0129@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:    April 10, 2026

　　　　　　　　　　　　　　　　　　 /s/ Jonathan Birch
　　　　　　　　　　　　　　　　　　 JONATHAN BIRCH
　　　　　　　　　　　　　　　　　　 Paralegal Specialist

Parties' Stipulation to Dismiss
Case No. 5: 26-CV-01214-BLF                              3